

# MANDATE
## The Fourteenth Court of Appeals

NO. 14-13-00491-CV

Beth Yeshua Hamashiach, Appellant

v.

Malaika Adan, Appellee

Appealed from the 190th District Court of Harris County. (Tr. Ct. No. 2010-47551). Memorandum Opinion delivered by Justice Ken Wise. Justices Boyce and Busby also participating.

**TO THE 190TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before our Court of Appeals on March 3, 2015, the cause upon appeal to revise or reverse your judgment was determined. Our Court of Appeals made its order in these words:

This cause, an appeal from the judgment in favor of appellee, Malaika Adan, signed, June 17, 2013, was heard on the transcript of the record. We have inspected the record and find the trial court lacked subject matter jurisdiction over the case. We therefore order the judgment of the court below **REVERSED** and **RENDER** judgment dismissing without prejudice.

We further order that all costs incurred by reason of this appeal be paid by appellee, Malaika Adan.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**WITNESS**, the Hon. Kem Thompson Frost, Chief Justice of our Fourteenth Court of Appeals, with the Seal thereof affixed, at the City of Houston, Texas June 19, 2015.



CHRISTOPHER A. PRINE, Clerk